# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>TERRELL XAVIER HICKS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 25, 2019 in the county of Washington in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | having been convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly receive and possess a firearm, that is, a Sig Sauer P225, .9mm caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

JOSE HERNANDEZ, Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/26/2019

*Judge's signature*

City and state: Washington, DC    G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*